# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-1844
Lower Tribunal No. 2021-DR-004799

_____

DUSTIN DeMARCO,

Appellant,

v.

NICOLE DeMARCO,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Elisabeth Adams, Judge.

August 4, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, SMITH and KAMOUTSAS, JJ., concur.


Dustin DeMarco, Lehigh Acres, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED